UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| XOCKETS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, MICROSOFT CORPORATION, RPX CORPORATION,<br><br>　　　　　Defendants. | §§§§§§§§§§§§ | CIVIL NO. W-24-CV-00453-ADA |

### ORDER SETTING ZOOM PRELIMINARY INJUNCTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for ZOOM PRELIMINARY INJUNCTION HEARING on September 19, 2024 at 11:00 AM.

The Court **FURTHER ORDERS** an expedited briefing schedule. Defendant shall file a Response with the Court by 9:00AM on September 16, 2024. Plaintiff shall file any optional reply in support of the motion with the Court by 2:00PM on September 18, 2024.

**SIGNED** this 5th day of September, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE