IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| XOCKETS, INC.,<br>   *Plaintiff,*<br><br>v.<br><br>NVIDIA CORPORATION,<br>MICROSOFT CORPORATION, RPX CORPORATION,<br>   *Defendants.* | § § § § § § § § § § § | W-24-CV-00453-ADA |

## ORDER REASSIGNING

In light of Plaintiff's Amended Complaint (ECF No. 7), the Court has determined that above-named and numbered case is a civil case involving patents subject to the May 30, 2024, Order Assigning The Business Of The Court As It Relates To Patent Cases. Pursuant to this Order, this case will be randomly assigned to a district judge within the Western District of Texas.

**IT IS THEREFORE ORDERED** that the above-named and numbered case be randomly assigned to a district judge in Western District of Texas in accordance with the May 30, 2024, Order Assigning The Business Of The Court As It Relates To Patent Cases.

**IT IS FURTHER ORDERED** that all existing deadlines and settings are terminated until the case is reassigned.

Signed this 17th day of September 2024.

                      _____
                      Alan D Albright
                      United States District Judge