# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| XOCKETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, MICROSOFT CORPORATION, and RPX CORPORATION, <br><br> Defendants. | Case No. 6:24-cv-00453-LS <br><br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Before this Court is Defendant Microsoft Corporation's ("Microsoft") Renewed Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint. After considering Defendant Microsoft's Motion, the request is GRANTED. Microsoft will have until November 12, 2024 to answer or otherwise respond to Plaintiff's First Amended Complaint.

**SIGNED** this ____ day of _____, 20____.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE