IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **XOCKETS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**NVIDIA CORPORATION, MICROSOFT CORPORATION,** and **RPX CORPORATION,**<br><br>Defendants. | No. 6:24-cv-00453-LS |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR A HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Having considered the Unopposed Motion for a Hearing and Briefing Schedule on Plaintiff's Motion for a Preliminary Injunction, the Court hereby **GRANTS** the motion.

**IT IS HEREBY ORDERED** that the following schedule will control for the briefing and hearing for Plaintiff's Preliminary Injunction Motion:

| EVENT | DUE DATE |
|---|---|
| Response to Motion for Preliminary Injunction | **October 9, 2024** |
| Reply In Support of Motion for Preliminary Injunction | **October 16, 2024** |
| Hearing On Preliminary Injunction | **October 24, 2024 at 10:00 a.m.** in District Courtroom, Room 622 on the 6th Floor of the United States Courthouse at 525 Magoffin Avenue, El Paso, Texas |

**SO ORDERED** this 25th day of September, 2024.

LEON SCHYDLOWER
UNITED STATED DISTRICT JUDGE