IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| XOCKETS, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, MICROSOFT CORPORATION, and RPX CORPORATION,<br><br>          Defendants. | Civil Action No. 6:24-cv-453-LS |

**DECLARATION OF CHRISTOPHER FITZPATRICK**

I, Christopher Fitzpatrick, declare the following:

1. I am over the age of eighteen and competent to make this declaration, which is submitted pursuant to 28 U.S.C. § 1746.  Unless stated otherwise herein, I have personal knowledge of the facts asserted and, if called upon as a witness, could testify to them competently under oath.

2. I am a Senior Associate at the law firm Hogan Lovells US LLP and licensed to practice law in the State of New York and the District of Columbia.  I have been admitted *pro hac vice* to this District in connection with my representation of Defendant NVIDIA Corporation ("NVIDIA") in the above-captioned matter.  I submit this declaration in connection with NVIDIA's opposition to the Plaintiff's motion for a preliminary injunction (the "Opposition").

3. Exhibit 9 to the Opposition is a true and correct copy of NVIDIA's Form 10-K, filed February 21, 2024.

4. Exhibit 10 to the Opposition is a true and correct copy of the Bloomberg Law article, "Patent Owner's 'Clever Ploy' Lands Favored Judge for Nvidia Suit," published online on September 16, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Christopher Fitzpatrick*

Christopher Fitzpatrick

Executed on October 9, 2024, in Washington, DC