IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| XOCKETS, INC.,<br><br>        *Plaintiff*,<br><br>v.<br><br>MICROSOFT CORPORATION, NVIDIA CORPORATION, and RPX CORPORATION,<br><br>        *Defendants*. | Case No. 6-24-cv-00453-LS<br>Hon. Leon Schydlower, U.S.D.J.<br><br>**DECLARATION OF REBECCA OU** |

I, Rebecca Ou, declare as follows:

1. I am an associate with the law firm Winston & Strawn, LLP and licensed to practice law in the State of New York. I have been admitted *pro hac vice* to this District in connection with my representation of Defendant Microsoft Corporation ("Microsoft") in this litigation brought by Plaintiff Xockets, Inc. in the above-captioned matter. I submit this declaration in support of Microsoft's Opposition to Xockets' Motion for Preliminary Injunction. Unless otherwise indicated, I make this declaration on personal knowledge. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as Exhibit A is a true and correct copy of a declaration by Michael Wetter, dated October 4, 2024.

3. Attached as Exhibit B is a true and correct copy of a declaration by Nicholas Kim, dated October 4, 2024.

4. Attached as Exhibit C is a true and correct copy of a declaration by Rebecca Ou, dated October 8, 2024.

5.  Attached as Exhibit D is a true and correct copy of a declaration by Dr. John H. Johnson, IV, dated October 9, 2024.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  New York, NY
October 9, 2024

By: _____
Rebecca Ou
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Phone: (212) 294-6700
Email: rou@winston.com