# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| XOCKETS, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No.  6:24-CV-00453-LS |
| | § | |
| NVIDIA CORPORATION, | § | |
| MICROSOFT CORPORATION,  AND | § | |
| RPX CORPORATION, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiff Xockets, Inc. ("Xockets") has filed a motion for leave to file its reply in support of its motion to withdraw the Hinman Declarations under seal.[1] The Court is of the opinion this motion should be granted, as follows:

The Clerk shall file the exhibits to ECF No. 114 under seal.

Xockets shall prepare and file redacted versions of its reply and exhibit by **November 14, 2024**. Any redactions should be tailored to information previously filed under seal by Defendant RPX Corporation.[2]

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 7, 2024.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 114.

[2] *See id.* at 1 (justifying sealing request due to reply's inclusion of "information RPX has designated confidential and filed under seal in this litigation").