IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| XOCKETS, INC.,<br><br>                     *Plaintiff*,<br><br>  v.<br><br>MICROSOFT CORPORATION, NVIDIA CORPORATION, and RPX CORPORATION,<br><br>                     *Defendants*. | Case No. 6-24-cv-00453-LS<br><br>**DECLARATION OF MATTHEW R. MCCULLOUGH** |

I, Matthew R. McCullough, declare as follows:

1. I am an attorney admitted *pro hac vice* in this case, Of Counsel at Winston & Strawn, LLP, and counsel of record for Defendant Microsoft Corporation ("Microsoft"). I submit this declaration in support of Defendant Microsoft Corporation's Opposed Motion To Sever And Stay Patent Claims Under The Customer-Suit Exception. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit A is a true and correct excerpt of Plaintiff Xockets, Inc.'s Preliminary Infringement Contentions, served on November 1, 2024 by Plaintiff.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated:    December 11, 2024

By:    */s/ Matthew R. McCullough*
      Matthew R. McCullough

1