IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| XOCKETS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICROSOFT CORPORATION, NVIDIA CORPORATION, and RPX CORPORATION, <br><br> *Defendants*. | Case No. 6-24-cv-00453-LS <br><br> **JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER

Before the Court is Defendant Microsoft Corporation's ("Microsoft") Opposed Motion to Sever and Stay Patent Claims Under The Customer-Suit Exception. After considering Defendant Microsoft's Motion, the Motion is **GRANTED.**

**SIGNED** this \_\_\_\_ day of _____, 20\_\_\_.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE