# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **XOCKETS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**NVIDIA CORPORATION,**<br>**MICROSOFT CORPORATION,** and<br>**RPX CORPORATION**<br><br>Defendants. | Civil Action No. 6:24-cv-00453-LS<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF MIRANDA Y. JONES IN SUPPORT OF XOCKETS, INC.'S OPPOSED MOTION FOR EXPEDITED VENUE DISCOVERY AND MODIFICATION OF THE BRIEFING SCHEDULE

I, Miranda Y Jones, hereby declare:

1. I am an attorney at the law firm of Winstead PC, and counsel of record for Plaintiff Xockets, Inc. in the above captioned case. I have personal knowledge of the following facts and, if called as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is is a true and correct copy of a website print out describing NVIDIA's Austin office, available at https://kiddgrp.com/project/nvidia-corporation/ as accessed on December 31, 2024.

3. Attached hereto as **Exhibit B** is is a true and correct copy of a 2023 "Property Summary Report" for NVIDIA Corporation from Travis Central Appraisal District.

4. Attached hereto as **Exhibit C** is is a true and correct copy of a print out from Microsoft Corporation's website, identifying "Microsoft U.S. office locations," as accessed on December 31, 2024.

5. Attached hereto as **Exhibit D** is is a true and correct copy of the LinkedIn page of Ben Havemann.

6. Attached hereto as **Exhibit E** is is a true and correct copy of a "Product Brief" for "NVIDIA Mellanox BlueField Data Processing Unit (DPU)".

7. Attached hereto as **Exhibit F** is is a true and correct copy of a press release from AQUILA Commerical announcing Mellanox Technologies Inc.'s lease at 10801 N. Mopac Expy. In Austin, Texas.

I declare under penalty of perjury under the laws of the United States of America that the foreging is a true and correct and that this declaration was executed by me on December 31, 2024 in Dallas, Texas.

                                             */s/ Miranda Y. Jones*
                                             Miranda Y. Jones