# EXHIBIT 2

# Blackwood, Ashley

| | |
|---|---|
| **From:** | Becraft, Nikki |
| **Sent:** | Wednesday, December 11, 2024 6:11 PM |
| **To:** | Xockets_RPX@sullcrom.com; Winston-Microsoft-Xockets@winston.com; carrie.williamson@us.dlapiper.com; catherine.huang@dlapiper.com; chuck.loughlin@hoganlovells.com; chris.fitzpatrick@hoganlovells.com; clayton.thompson@us.dlapiper.com; justin.bernick@hoganlovells.com; peter.nelson@dlapiper.com; john.guaragna@dlapiper.com; mark.fowler@us.dlapiper.com; mark.osborn@kempsmith.com; michael.saulnier@us.dlapiper.com; valerie.auger@kempsmith.com; jake.zolotorev@us.dlapiper.com |
| **Cc:** | Xockets_Nvidia_MS; xockets@irell.com |
| **Subject:** | SERVICE:  Xockets' First Interrogatories and RFP - Case 6:24-cv-00453-LS Xockets, Inc. v. NVIDIA Corporation et al |
| **Attachments:** | 2024-12-11 Xockets 1st RFPs to Microsoft.pdf; 2024-12-11 Xockets 1st RFPs to NVIDIA.pdf; 2024-12-11 Xockets 1st RFPs to RPX.pdf; 2024-12-11 Xockets 1st ROGs to Microsoft.pdf; 2024-12-11 Xockets 1st ROGs to NVIDIA.pdf; 2024-12-11 Xockets 1st ROGS to RPX.pdf |

Counsel – please see the attached for service:

1. Xockets' First Request for Production to Microsoft;
2. Xockets' First Request for Production to NVIDIA;
3. Xockets' First Request for Production to RPX;
4. Xockets' First Interrogatories to Microsoft;
5. Xockets' First Interrogatories to NVIDIA; and
6. Xockets' First Interrogatories to RPX.

**Nikki Becraft**, Legal Assistant
Winstead PC | 2728 N. Harwood Street | Suite 500 | Dallas, Texas 75201
214.745.5477 *direct* | 214.745.5390 *fax* | nbecraft@winstead.com | Winstead.com

