IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **XOCKETS, INC.,**<br><br>       Plaintiff,<br><br>  v.<br><br>**NVIDIA CORPORATION, MICROSOFT CORPORATION,** and **RPX CORPORATION**<br><br>       Defendants. | Civil Action No. 6:24-cv-00453-LS<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF XOCKETS, INC.'S OPPOSED MOTION
<u>FOR SCHEDULING CONFERENCE</u>**

  Xockets respectfully requests that the Court set a Scheduling Conference. This case was filed on September 5, 2024. All Defendants have been served, and no later than September 9, 2024, all Defendants appeared in this case as set forth in Rule 16(b)(2) of the Federal Rules of Civil Procedure. The Parties have submitted competing schedules as part of the briefing on Xockets' Case Management Motion for Entry of Scheduling Order, Order Governing Proceedings, and Notice of Consent to Magistrate Judge for Pretrial (Dkt. 133, 135, and 136), which is fully briefed:

| Motion | Dkt. Nos. |
|---|---|
| Xockets' Case Management Motion for Entry of Scheduling Order, Order Governing Proceedings, and Notice of Consent to Magistrate Judge for Pretrial | Dkt. 133 (Xockets' Motion) filed Nov. 22, 2024;<br>Dkt. 135 (Defendants' Opposition) filed Nov. 26, 2024<br>Dkt. 136 (Xockets' Reply) filed Nov. 27, 2024. |

Xockets respectfully submits that a Scheduling Conference will allow the Parties to efficiently prosecute this case because Defendants have argued that they will not participate in moving this case forward until the Court rules on the competing schedules.

For the Court's convenience, a list of fully-briefed, pending motions, in addition to Xockets' Motion for Entry of Scheduling Order, Order Governing Proceedings, and Notice of Consent to Magistrate Judge for Pretrial (Dkt. 133, 135, and 136) and Xockets' Motion for Preliminary Injunction (Dkt. 4, and 82, 83, and 84), is as follows:

| Motion | Dkt. Nos. |
|---|---|
| Defendants' Partial Motions to Dismiss Xockets' First Amended Complaint | Dkt. 128 (RPX & Microsoft's Joint Motion); Dkt. 129 (NVIDIA's Motion); Dkt. 141 (sealed), 142 (public) (Xockets' Omnibus Opposition); Dkt. 167 (RPX and Microsoft's Reply) Dkt. 168 (NVIDIA's Reply) |
| Microsoft's Motion to Sever and Stay Patent Claims Under the Customer-Suit Exception | Dkt. 139 (Microsoft's Motion); Dkt. 140 (NVIDIA's Joinder); Dkt. 151 (Xockets' Opposition); Dkt. 164 (Microsoft's Reply) |
| Xockets' Motion for Expedited Venue Discovery and Modified Briefing Schedule | Dkt. 150 (sealed), 166 (public) (Xockets' Motion); Dkt. 153 (NVIDIA's Opposition); Dkt. 154 (Microsoft's Opposition); Dkt. 159 (RPX's Joinder in NVIDIA's and Microsoft's Oppositions); Dkt. 169 (Xockets' Reply) |
| Xockets' Opposed Motion to Compel | Dkt. 170 (filed January 16, 2025) Defendants' response due January 23, 2025 |

Dated: January 16, 2025

Respectfully submitted,

*/s/ Jamie H. McDole*

**Henry J. Paoli**  (SBN 24032926)
**SCOTT HULSE PC**
One San Jacinto Plaza
201 E. Main St., Ste. 1100
P.O. Box 99123
El Paso, Texas 79999
Tel.: (915) 533-2493
Fax: (915) 546-8333
Email: hpao@scotthulse.com

**Max Ciccarelli**  (SBN 00787242)
**CICCARELLI LAW FIRM**
100 N 6th Street, Suite 503
Waco, Texas 76701
Telephone: 214-444-8869
Email: max@ciccarellilawfirm.com

**Jason G. Sheasby** *(pro hac vice)*
**IRELL & MANELLA LLP**
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Tel.: 310.277.1010
Fax: 310.203.7199
Email: jsheasby@irell.com

**Jamie H. McDole**  (SBN 24082049)
    Lead Counsel
**Phillip B. Philbin**  (SBN 15909020)
**Michael D. Karson**  (SBN 24090198)
**David W. Higer**  (SBN 24127850)
**Miranda Y. Jones**  (SBN 24065519)
**Matthew L. Vitale**  (SBN 24137699)
**Cody M. Carter**  (SBN 24131091)
**David A. Neal**  (SBN 24144868)
**WINSTEAD PC**
2728 N. Harwood Street
Suite 500
Dallas, Texas 75201
Tel.: (214) 745-5400
Fax: (214) 745-5390
Email: jmcdole@winstead.com
    pphilbin@winstead.com
    mkarson@winstead.com
    dhiger@winstead.com
    mjones@winstead.com
    mvitale@winstead.com
    ccarter@winstead.com
    dneal@winstead.com

3

**Austin C. Teng**     (SBN 24093247)
**Nadia E. Haghighatian** (SBN 24087652)
**WINSTEAD PC**
600 W. 5th Street
Suite 900
Austin, Texas 78701
Tel.: (512) 370-2800
Fax: (512) 370-2850
Email: ateng@winstead.com
           nhaghighatian@winstead.com

**ATTORNEYS FOR XOCKETS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 16, 2025, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

                                                  */s/ Jamie H. McDole*
                                                  Jamie H. McDole

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on January 14, 2025 counsel for Xockets conferred with counsel for Defendants via video conference regarding the relief requested in this motion. On January 16, 2025, Xockets again sought Defendants' respective positions by email. Defendant RPX opposes the relief sought by this motion, claiming "RPX does not believe a conference is necessary as scheduling and other matters before the court are adequately briefed. To the extent the court would find a hearing useful, RPX of course will be available at the court's convenience." Counsel for Microsoft and NVIDIA did not state their position in the meet and confer nor responded to Xockets' requests for their respective positions, and as such, Xockets presumes they each oppose.

                                                  */s/ Jamie H. McDole*
                                                  Jamie H. McDole

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **XOCKETS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**NVIDIA CORPORATION, MICROSOFT CORPORATION,** and **RPX CORPORATION**<br><br>Defendants. | Civil Action No. 6:24-cv-00453-LS<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF XOCKETS, INC.'S MOTION
FOR SCHEDULING CONFERENCE**

Before the Court is Plaintiff Xockets, Inc.'s Motion for Scheduling Conference. The Court, having considered the motion, is of the opinion that the motion should be, and hereby is, **GRANTED**.

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a Scheduling Conference on _____, 2025 at _____ [AM/PM].

**SIGNED** this _____ day of _____, 2025.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE