**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **XOCKETS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**NVIDIA CORPORATION, MICROSOFT CORPORATION,** and **RPX CORPORATION**<br><br>Defendants. | Civil Action No. 6:24-cv-00453-LS<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' RESPONSE TO PLAINTIFF XOCKETS, INC'S MOTION FOR A SCHEDULING CONFERENCE**

Defendants NVIDIA Corporation, Microsoft Corporation and RPX Corporation respond to Xockets' Motion for a Scheduling Conference as follows:

The parties have submitted proposed case schedules (Dkts. 133-3, 135-1) and have explained the issues associated with those competing case schedules. Dkts. 133, 135, 136. Defendants defer to the Court as to whether oral argument from the parties at a Scheduling Conference would be helpful to the Court in determining how to best proceed in setting a case schedule.

Dated: January 23, 2025

Respectfully submitted,

*/s/ Mark Osborn*

Mark N. Osborn
Texas Bar No. 15326700
Valerie R. Auger
Texas Bar No. 24076251
**KEMP SMITH LLP**
221 N. Kansas, Suite 1700
El Paso, Texas 79901
915 546-5214
mosborn@kempsmith.com
valerie.auger@kempsmith.com

Charles Loughlin (*Pro Hac Vice*)
Justin Bernick (*Pro Hac Vice*)
Christopher Fitzpatrick (*Pro Hac Vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth St., NW
Washington, DC 20004
(202) 637-5600
Chuck.Loughlin@hoganlovells.com
Justin.Bernick@hoganlovells.com
Chris.Fitzpatrick@hoganlovells.com

John M. Guaragna
Texas Bar No. 24043308
Michael Saulnier
Texas Bar No. 24131647
**DLA Piper LLP (US)**
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel: 512.457.7000
Fax: 512.457.7001
John.guaragna@us.dlapiper.com
Michael.saulnier@dlapiper.com

Mark Fowler
Jake Zolotorev (*Pro Hac Vice*)
Carrie Williamson (*Pro Hac Vice*)
**DLA Piper LLP (US)**
3203 Hanover Street, Suite 100
East Palo Alto, CA 94304
Tel: 650.833.2000
Fax: 650.833.2001
Mark.fowler@us.dlapiper.com
Carrie.williamson@us.dlapiper.com
Jake.zolotorev@us.dlapiper.com

Clayton Thompson (*Pro Hac Vice*)
**DLA Piper LLP (US)**
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309-3449
Tel: 404.736.7800
Fax: 404.682.7800
clayton.thompson@dlapiper.com

Catherine Huang (*Pro Hac Vice*)
**DLA Piper LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Tel: 858.677.1400
Fax: 858.677.1401
Catherine.huang@us.dlapiper.com

Peter F. Nelson (*Pro Hac Vice*)
**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel: 202.799.4000
Fax: 202.799.5000
Peter.nelson@us.dlapiper.com

**COUNSEL FOR DEFENDANT NVIDIA CORPORATION**

By: */s/ Kelly C. Hunsaker*
Thomas M. Melsheimer
State Bar No. 13922550
Samuel W. Riebe
State Barn No. 24136101
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (214) 453-6500
Fax: (214) 453-6400
tmelsheimer@winston.com
sriebe@winston.com

Kelly C. Hunsaker
CA Bar No. 168307
Matthew R. McCullough (*pro hac vice*)
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 9406
Tel. (650) 858-6500
Fax (650) 858-6559
khunsaker@winston.com
mrmccullough@winston.com

Jeffrey L. Kessler (*pro hac vice*)
Aldo A. Badini (*pro hac vice*)
Susannah P. Torpey (*pro hac vice*)
Lauren E. Duxstad (*pro hac vice*)
Artem Khrapko (*pro hac vice*)
Rebecca Ou (*pro hac vice*)
Daniel Marzagalli (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
abadini@winston.com
storpey@winston.com
lduxstad@winston.com
akhrapko@winston.com
rou@winston.com
dmarzagalli@winston.com

Scott M. Border (*pro hac vice*)
**WINSTON & STRAWN LLP**
1901 L Street, N.W.
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
sborder@winston.com

Nasir Hussain (*pro hac vice*)
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
Fax: (312) 558-5700
nhussain@winston.com

Bruce A. Koehler
Andres E. Almanzan
**MOUNCE, GREEN, MYERS, SAFI, PAXSON & GALATZAN, P.C.**
P.O. Box 1977
El Paso, TX 79950
Tel: (915) 532-2000
Fax: (915) 541-1548
koehler@mgmsg.com
almanzan@mgmsg.com

***Attorneys for Defendant Microsoft Corporation***

*/s/ Garrard R. Beeney*
Deron R. Dacus
Texas Bar No. 00790553
***THE DACUS FIRM, P.C.***
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
ddacus@dacusfirm.com

Garrard R. Beeney (pro hac vice)
Steven L. Holley (pro hac vice)
***SULLIVAN & CROMWELL LLP***
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
beeneyg@sullcrom.com
holleys@sullcrom.com

Adam S. Paris (pro hac vice)
Caroline M.L. Black (pro hac vice)
***SULLIVAN & CROMWELL LLP***
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
parisa@sullcrom.com
blackcar@sullcrom.com

***ATTORNEYS FOR DEFENDANT RPX CORPORATION***

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 23, 2025, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Mark Osborn*
Mark Osborn