# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| XOCKETS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>NVIDIA CORPORATION,<br>MICROSOFT CORPORATION,<br>RPX CORPORATION<br><br>    Defendants. | CASE NO.  6:24-cv-00453-LS<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING AGREED MOTION FOR ENTRY OF INTERIM PROTECTIVE ORDER

Pending before the Court is the parties' Agreed Motion for Entry of Interim Protective Order ("Motion"). After considering the Motion, the Court is of the opinion that the Motion should be granted. Accordingly, the parties shall adhere to the following interim protective order:

If any document or information produced in this matter is deemed confidential by the producing party and if the Court has not entered a protective order, until a protective order is issued by the Court, the document shall be marked "confidential" or with some other confidential designation (such as "Confidential – Outside Attorneys' Eyes Only") by the disclosing party and disclosure of the confidential document or information shall be limited to each party's outside attorney(s) of record and the employees of such outside attorney(s).

**SIGNED** and **ENTERED** on June 12, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

1