IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **XOCKETS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**NVIDIA CORPORATION, MICROSOFT CORPORATION,** and **RPX CORPORATION**<br><br>Defendants. | Civil Action No. 6:24-cv-00453-LS<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF XOCKETS, INC.'S REPLY IN SUPPORT OF ITS
MOTION FOR ENTRY OF PROTECTIVE ORDER**

The Court should grant Xockets' Motion. Defendants' supposed newfound desire to negotiate a protective order is simply feigned cooperation in the face of this Motion. Xockets first proposed a protective order in November 2024, then corresponded and met and conferred with Defendants over seven months. Defendants dragged out the process of providing feedback on Xockets' drafts and substantively meeting and conferring on Xockets' proposals, frustrating the parties' ability to get a protective order timely entered in this long-pending case. As discussed in Xockets' Motion, Defendants' repeated delay tactics have caused the parties to miss numerous deadlines in the Federal Rules (and Local Rules). This case is now nine months old with no schedule and no adequate protective order, all due to the Defendants' delay tactics and refusal to meet the requirements of the Rules. Xockets already has conceded to as many changes as it could to arrive at the version of the protective order that is attached as Exhibit A to its Motion in the hopes of stemming Defendants' delay of this process. If Defendants were going to agree to Xockets' proposed protective order (Ex. A), they would have done so in their Opposition. Instead, Defendants opposed, so Xockets does not accept any implication in Defendants' Opposition that

1

Defendants might still change their minds. By definition, the parties are at an impasse, and further meeting and conferring will not resolve the parties' dispute. The Court should enter Xockets' proposed protective order.

Dated: July 1, 2025

Respectfully submitted,

*/s/ Nadia E. Haghighatian*
**Henry J. Paoli**         (SBN 24032926)
**SCOTT HULSE PC**
One San Jacinto Plaza
201 E. Main St., Ste. 1100
P.O. Box 99123
El Paso, Texas 79999
Tel.: (915) 533-2493
Fax: (915) 546-8333
Email: hpao@scotthulse.com

**Max Ciccarelli**         (SBN 00787242)
**CICCARELLI LAW FIRM**
100 N 6th Street, Suite 503
Waco, Texas 76701
Telephone: 214-444-8869
Email: max@ciccarellilawfirm.com

**Jason G. Sheasby** *(pro hac vice)*
**IRELL & MANELLA LLP**
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Tel.: 310.277.1010
Fax: 310.203.7199
Email: jsheasby@irell.com

**Jamie H. McDole**    (SBN 24082049)
           Lead Counsel
**Phillip B. Philbin**    (SBN 15909020)
**Michael D. Karson**  (SBN 24090198)
**David W. Higer**      (SBN 24127850)
**Miranda Y. Jones**   (SBN 24065519)
**Matthew L. Vitale**  (SBN 24137699)
**Cody M. Carter**      (SBN 24131091)
**David A. Neal**        (SBN 24144868)
**WINSTEAD PC**
2728 N. Harwood Street
Suite 500
Dallas, Texas 75201
Tel.: (214) 745-5400
Fax: (214) 745-5390
Email: jmcdole@winstead.com
          pphilbin@winstead.com
          mkarson@winstead.com
          dhiger@winstead.com
          mjones@winstead.com
          mvitale@winstead.com
          ccarter@winstead.com
          dneal@winstead.com

3

**Austin C. Teng**         (SBN 24093247)
**Nadia E. Haghighatian**  (SBN 24087652)
**Daniel Shuminer**        (SBN 24124688)
**WINSTEAD PC**
600 W. 5th Street
Suite 900
Austin, Texas 78701
Tel.: (512) 370-2800
Fax: (512) 370-2850
Email: ateng@winstead.com
       nhaghighatian@winstead.com
       dshuminer@winstead.com

**ATTORNEYS FOR XOCKETS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 1, 2025, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

                                          */s/ Nadia E. Haghighatian*
                                          Nadia E. Haghighatian