UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| XOCKETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, MICROSOFT CORPORATION, AND RPX CORPORATION <br><br> Defendants. | Civil Action No. 6:24-cv-453-LS <br><br> **JURY TRIAL DEMANDED** |

### AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.'S NOTICE OF RELATED CASES

Pursuant to L.R. CV-3(a) and this District's May 28, 2003 Amended Plan for Random and Direct Assignment of Cases in Multi-Judge Divisions ("Plan A"), Defendants Amazon.com, Inc. and Amazon Web Services, Inc. hereby file this Notice of Related Cases regarding the following matters filed in this District:

- *Xockets, Inc. v. NVIDIA Corporation et al.*, Civil Action No. 6:24-CV-00453-LS (filed September 5, 2024);

- *Xockets, Inc. v. Amazon.com, Inc. et al.,* Civil Action No. 1:25-cv-01019-RP (filed June 30, 2025); and

- *Xockets, Inc. v. Amazon.com, Inc. et al.,* Civil Action No. 1:25-cv-01021-RP (filed June 30, 2025).

Because the *Xockets v. NVIDIA* is the first-filed action and is pending in front of Judge Schydlower (who sits in El Paso), Amazon is filing this notice concurrently in all three actions pursuant to the El Paso Division's Order Relating to Reassignment of Civil Cases, Paragraph (a), which states that "[d]uplicate originals of the notice must be filed in each listed action."

Under Plan A, Section VIII(3), these cases are related because they "involve[] the validity or infringement of a patent already in suit" as follows:

| Asserted Patent | *Xockets v. NVIDIA* | *Xockets v. Amazon* (1019) | *Xockets v. Amazon* (1021) |
|---|---|---|---|
| 11,080,209 | X | X | |
| 10,649,924 | X | X | |
| 11,082,350 | X | X | |
| 10,223,297 | X | | X |
| 10,212,092 | X | | X |
| 9,378,161 | X | | X |
| 9,436,640 | X | | X |

Additionally, these cases are related under this district's Plan A, Section VIII(2) because they "involve[] substantially the same issue(s) of fact." For example, in addition to asserting the same patents, Xockets also asserts the same claims in the *NVIDIA* complaint as it does in the two *Amazon* complaints. Additionally, all seven of the patents asserted by Xockets come from a single family of interrelated priority applications. And many of the infringement allegations made in the *Amazon* cases concern products or components made by NVIDIA, such that Xockets contends that "NVIDIA and Mellanox [a NVIDIA subsidiary] are central players in Amazon's infringement of Xockets' patents."[1] *See Xockets, Inc. v. Amazon.com, Inc. et al.,* C.A. 1:25-cv-01019-RP, Dkt. No 1, ¶ 56, *Xockets, Inc. v. Amazon.com, Inc. et al.,* C.A. 1:25-cv-01021-RP., Dkt. No. 1, ¶ 59.

Judicial resources would be conserved by treating the *NVIDIA* and *Amazon* cases as related. If the three cases were related, then a single judge would be deciding common issues such as claim construction and invalidity (and, to a certain extent, non-infringement). Additionally, a single judge would be able to hear all of Xockets' claims against NVIDIA's products, rather than having such claims split up across multiple judges. This would help promote an efficient determination of the actions by minimizing the risk of conflicting or contradictory orders regarding these patents or the NVIDIA products.

---

[1] Amazon of course disputes that it infringes any Xockets patents, via use of NVIDIA products or otherwise.

Notably, Xockets has taken the position that its -1019 and -1021 cases against Amazon are related. *See Xockets v. Amazon* (1021 case), Dkt. No. 1-5 at 2 (Civil Cover Sheet, identifying Docket Number 1:25-cv-1019 (i.e., *Xockets v. Amazon* (1019 case)) as a related case). Amazon agrees that those two cases are indeed related (and they have both been assigned to Judge Pitman). Thus, the only issue to be decided is whether the -1019 and -1021 cases are also related to the earlier-filed *Xockets v. NVIDIA* case, currently pending before Judge Schydlower. Amazon accordingly requests that the Court treat all three cases as related. Amazon anticipates that such treatment would result in the -1019 and -1021 cases being assigned to Judge Schydlower, who presides over the earlier-filed *Xockets v. NVIDIA* matter.[2]

Dated: July 28, 2025

Respectfully submitted,

By:  /s/ *Christina V. Rayburn*
Deron R. Dacus
The Dacus Firm PC
ddacus@dacusfirm.com
821 ESE Loop 323
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

Christina V. Rayburn
crayburn@hueston.com
Moez M. Kaba
mkaba@hueston.com

*Attorneys for Defendants Amazon.com Inc., and Amazon Web Services, Inc.*

---

[2] If the cases are deemed related and assigned to the same Judge, Amazon may, at a later time, ask the Court to address the extent to which the three cases should be consolidated or coordinated.