# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **XOCKETS, INC.,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **No. 6:24-CV-00453-LS** |
| | § | |
| **NVIDIA CORPORATION, MICROSOFT** | § | |
| **CORPORATION, RPX CORPORATION,** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER STAYING CASE

Defendant NVIDIA Corporation moves to transfer venue to the Northern District of California.[1] The deadline for each defendant to file a reply in support is October 2, 2025.[2] Further proceedings depend on whether venue transfer is proper. Therefore, the Court stays this case and all other deadlines pending resolution of Defendant's motion to transfer venue.

**SO ORDERED**.

**SIGNED** and **ENTERED** on September 19, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 172.
[2] ECF No 211, at 2.