# FILED UNDER SEAL

# NVIDIA CORPORATION'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)