IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| XOCKETS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>NVIDIA CORPORATION,<br>MICROSOFT CORPORATION, and<br>RPX CORPORATION,<br><br>    Defendants. | Civil Action No. 6:24-cv-00453-LS<br><br>JURY TRIAL DEMANDED |

### REPLY DECLARATION OF MARK N. OSBORN

I, Mark N. Osborn, hereby declare and state as follows:

1. I am the Chief Executive Officer of the law firm Kemp Smith Law, counsel of record for Defendant NVIDIA Corporation ("NVIDIA") in this case. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to these facts under oath.

2. Attached as **Exhibit 71** is a true and correct copy of Xockets, Inc.'s commercial lease for the premises at 2027 S 61st Street, Temple, Texas 76504, which was produced as XOCKETS00017663. This document was designated by Xockets under the Interim Protective Order and is filed under seal.

3. Attached as **Exhibit 72** is a true and correct copy of the LinkedIn profile of Erin Hudson.

4. Attached as **Exhibit 73** is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Pierre Hubert, dated September 4, 2025. This testimony was designated by Xockets under the Interim Protective Order and is filed under seal.

5. Attached as **Exhibit 74** is a true and correct copy of Plaintiff Xockets, Inc.'s Amended Initial Disclosures, dated September 3, 2025. This document was designated by Xockets under the Interim Protective Order and is filed under seal.

6. Attached as **Exhibit 75** is a true and correct copy of a pdf printout from the Cote Capital website.

7. Attached as **Exhibit 76** is a true and correct copy of excerpts from the file history of U.S. Patent App. No. 18/617,599.

8. Attached as **Exhibit 77** is a true and correct copy of excerpts from the file history of U.S. Patent App. No. 18/085,196.

9. Attached as **Exhibit 78** is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Kevin Deierling, dated August 27, 2025. This testimony was designated by NVIDIA under the Interim Protective Order and is filed under seal.

10. Attached as **Exhibit 79** is a true and correct copy of Xockets' Opposition to Amazon's Motion to Relate Cases, filed in *Xockets, Inc. v. Amazon.com, Inc., et al.*, No. 1:25-cv-01019-RP, Dkt. 32 (W.D. Tex. Sept. 23, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of October 2025.

_____
Mark N. Osborn