# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

|  |  |
|---|---|
| **XOCKETS, INC.,** | |
| Plaintiff, | Civil Action No. 6:24-cv-00453-LS |
| v. | |
| **NVIDIA CORPORATION, MICROSOFT CORPORATION,** and **RPX CORPORATION** | JURY TRIAL DEMANDED |
| Defendants. | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO NVIDIA'S MOTION TO TRANSFER VENUE

No good cause exists for Xockets to file a sur-reply. As this district has recognized, "surreplies often amount to little more than a strategic effort by the nonmovant to have the last word on a matter. . . . [I]t is proper to deny a motion for leave to file a surreply where the party fails to demonstrate exceptional or extraordinary circumstances warranting the relief sought." *Cuellar v. Rodriquez,* 23-CV-00237-KC-MAT, 2023 WL 6135685 *1 (W.D. Tex Sept. 19, 2023) (internal citation omitted). Xockets has failed to demonstrate such extraordinary or exceptional circumstances.

*First*, Xockets has not been treated unfairly because each Defendant was permitted to file a reply. Indeed, the Court expressly permitted each Defendant to file a reply. *See* Dkt. 177 (Order on Venue Discovery) at 2 ("Each defendant shall file its reply in support of the motion to transfer venue . . ."); Dkt. 203; Dkt. 211; Dkt. 216. Further, Xockets pursued separate discovery of each Defendant and made separate arguments in its Opposition regarding the witnesses and evidence of each Defendant. If Xockets believed the Court's decision expressly allowing separate replies was manifestly unjust, Xockets could have objected to the Court's Order at any time after May 12, 2025, when the Court issued the order on venue discovery. Instead, Xockets waited and now demands the last word on NVIDIA's transfer motion.

*Second*, Xockets' sur-reply does not respond to "new arguments" in Defendants' replies, nor does the sur-reply assert new arguments or evidence. In fact, Defendants did not raise new arguments in their replies. They responded to arguments raised in Xockets' opposition. Accordingly, rather than responding to any new arguments, Xockets' sur-reply merely rehashes its previous arguments, offering additional rhetoric and citing its own Opposition (or exhibits attached to its Opposition) at least 28 times. For example, in its sur-reply section addressing NVIDIA witnesses, Xockets merely cites its Opposition, demonstrating the circular nature of its

1

sur-reply. Further, Xockets spends over three pages repeating the same argument and evidence from its Opposition regarding its purported "deep connections" to Texas. Moreover, Xockets repeats its argument that transfer is not warranted if there is any discoverable knowledge in the transferor district. But that is not the law. Rather, transfer is warranted if, in view of all of the witnesses and evidence, the transferee venue is clearly more convenient than the transferor district. 28 U.S.C. § 1404.

In short, Xockets has failed to show it is entitled to a sur-reply. Defendants respectfully submit that Xockets' Motion should be denied as duplicative of its Opposition.

Date: October 14, 2025

Respectfully submitted,

*/s/ Mark N. Osborn*
Mark N. Osborn
Texas Bar No. 15326700
Valerie R. Auger
Texas Bar No. 24076251
**KEMP SMITH LLP**
221 N. Kansas, Suite 1700
El Paso, Texas 79901
915 546-5214
mosborn@kempsmith.com
valerie.auger@kempsmith.com

John M. Guaragna
Texas Bar No. 24043308
Michael Saulnier
Texas Bar No. 24131647
**DLA Piper LLP (US)**
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel: 512.457.7000
Fax: 512.457.7001
John.guaragna@us.dlapiper.com
Michael.saulnier@dlapiper.com

2

Mark Fowler
Yakov Zolotorev (*Pro hac vice*)
Carrie Williamson (*Pro hac vice*)
**DLA Piper LLP (US)**
3203 Hanover Street, Suite 100
East Palo Alto, CA 94304
Tel: 650.833.2000
Fax: 650.833.2001
Mark.fowler@us.dlapiper.com
Jake.zolotorev@us.dlapiper.com
Carrie.williamson@us.dlapiper.com

Clayton Thompson (*Pro Hac Vice*)
**DLA Piper LLP (US)**
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309-3449
Tel: 404.736.7800
Fax: 404.682.7800
clayton.thompson@dlapiper.com

Catherine Huang (Pro Hac Vice)
**DLA Piper LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Tel: 858.677.1400
Fax: 858.677.1401
Catherine.huang@us.dlapiper.com

Peter F. Nelson (Pro Hac Vice)
**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel: 202.799.4000
Fax: 202.799.5000
Peter.nelson@us.dlapiper.com

Charles Loughlin (Pro Hac Vice)
Christopher Fitzpatrick (Pro Hac Vice)
Justin Bernick (Pro Hac Vice)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tel: 202.637.5661

*/s/ Kelly Hunsaker*
Thomas M. Melsheimer

3

State Bar No. 13922550
Samuel W. Riebe
State Barn No. 24136101
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (214) 453-6500
Fax: (214) 453-6400
tmelsheimer@winston.com
sriebe@winston.com

Kelly C. Hunsaker
CA Bar No. 168307
Matthew R. McCullough (*pro hac vice*)
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Tel. (650) 858-6500
Fax (650) 858-6559
khunsaker@winston.com
mrmccullough@winston.com

Jeffrey L. Kessler (*pro hac vice*)
Aldo A. Badini (*pro hac vice*)
Susannah P. Torpey (*pro hac vice*)
Lauren E. Duxstad (*pro hac vice*)
Artem Khrapko (*pro hac vice*)
Rebecca Ou (*pro hac vice*)
Daniel Marzagalli (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
abadini@winston.com
storpey@winston.com
lduxstad@winston.com
akhrapko@winston.com
rou@winston.com
dmarzagalli@winston.com

Scott M. Border (*pro hac vice*)
**WINSTON & STRAWN LLP**
1901 L Street, N.W.
Washington, DC 20036

4

Tel: (202) 282-5000
Fax: (202) 282-5100
sborder@winston.com

Bruce A. Koehler
Andres E. Almanzan
**MOUNCE, GREEN, MYERS, SAFI,
PAXSON & GALATZAN, P.C.**
P.O. Box 1977
El Paso, TX 79950
Tel: (915) 532-2000
Fax: (915) 541-1548
koehler@mgmsg.com
almanzan@mgmsg.com

*Attorneys for Defendant*
*Microsoft Corporation*

*/s/ Deron R. Dacus*

Deron R. Dacus
Texas Bar No. 00790553
*THE DACUS FIRM, P.C.*
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
ddacus@dacusfirm.com

Garrard R. Beeney (pro hac vice)
Steven L. Holley (pro hac vice)
*SULLIVAN & CROMWELL LLP*
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
beeneyg@sullcrom.com
holleys@sullcrom.com

Adam S. Paris (pro hac vice)
*SULLIVAN & CROMWELL LLP*
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
parisa@sullcrom.com

*ATTORNEYS FOR DEFENDANT*
*RPX CORPORATION*

5

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on October 14, 2025, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Mark N. Osborn*
Mark N. Osborn