UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| XOCKETS, INC., § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | No. 6:24-CV-00453-LS |
| § | |
| NVIDIA CORPORATION, § | |
| MICROSOFT CORPORATION, RPX § | |
| CORPORATION, § | |
| § | |
| *Defendants.* § | |

**OMNIBUS ORDER**

There are numerous procedural motions pending in this case. These include motions for leave to file, scheduling motions, a motion to withdraw as attorney, and motions to appear *pro hac vice*. The Court orders as follows.

**I.  MOTIONS FOR LEAVE TO FILE.**

   *A.  Granted Motions.*

      **1.  Plaintiff's unopposed motion for leave to file sealed materials.[1]**

Plaintiff's motion is unopposed, and Plaintiff has already filed a redacted public version of the materials which contain "confidential business information."[2] The Court therefore grants the motion to file sealed materials with Plaintiff's opposition to NVIDIA's motion to transfer venue.

---

[1] ECF No. 214.
[2] *Id.* at 3; *North Cypress Med. Ctr. Operating Co. v. Cigna Healthcare*, 781 F.3d 182, 204 (5th Cir. 2015).

    **2.    Plaintiff's opposed motion for leave to file a motion for conditional intradistrict transfer.[3]**

The Court stayed this case pending resolution of the motion to transfer venue.[4] Plaintiff's motion is related to the venue issue, and Defendants have also moved for leave to file various briefs and exhibits related to venue after the Court stayed the case. It is "in the interest of justice"[5] that the Court consider Plaintiff's arguments favoring intradistrict transfer over interdistrict transfer prior to ruling on the motion to transfer venue. Therefore, the Court grants Plaintiff's motion for leave to file a motion for conditional intradistrict transfer.

    **3.    Plaintiff's opposed motion for leave to file sealed materials in its motion for leave to file a motion for conditional intradistrict transfer.[6]**

Plaintiff seeks to file exhibits with its motion for conditional intradistrict transfer under seal. The exhibits comprise sensitive business information from every party in this litigation. Therefore, having granted Plaintiff's motion for leave to file for conditional intradistrict transfer, the Court grants Plaintiff's motion to file the accompanying exhibits under seal.

    **4.    NVIDIA's unopposed motion for leave to file sealed documents.[7]**

NVIDIA's motion is unopposed and seeks to file redacted or sealed documents that contain confidential business information to support its motion to transfer venue. Therefore, the Court grants NVIDIA's motion to file redacted and sealed materials in its reply regarding the pending motion to transfer venue.

---

[3] ECF No. 217.
[4] ECF No. 216.
[5] 28 U.S.C. § 1404(a).
[6] ECF No. 218.
[7] ECF No. 223.

### 5. RPX's unopposed motion for leave to file sealed joinder.[8]

RPX's motion is unopposed and seeks to file sealed documents that contain confidential information to support NVIDIA's transfer motion. Therefore, the Court grants RPX's motion for leave to file its sealed joinder in support of NVIDIA's motion to transfer venue.

### 6. Microsoft's unopposed motion for leave to file reply under seal.[9]

Microsoft's motion is unopposed and seeks to file portions of its reply that contain confidential business information under seal. Therefore, the Court grants Microsoft's motion for leave to file under seal portions of its reply in support of NVIDIA's motion to transfer venue.

### 7. Plaintiff's opposed motion for leave to file sur-reply.[10]

Plaintiff seeks to file a sur-reply regarding the motion to transfer venue. Defendants Microsoft and RPX filed briefs supporting NVIDIA's motion after Plaintiff's original response, and with the benefit of additional discovery. Plaintiff has shown good cause for additional briefing in reply to Microsoft and RPX's arguments, and the issues Plaintiff seeks to address pertain to the venue issues for which the case is stayed. Therefore, the Court grants Plaintiff's motion for leave to file a sur-reply to Defendant's replies regarding NVIDIA's motion to transfer venue.

### 8. Plaintiff's unopposed motion for leave to file sealed materials in its motion for leave to file sur-reply.[11]

Plaintiff's motion is unopposed and seeks to file redacted and sealed materials in its sur-reply that contain confidential business information. Therefore, the Court grants Plaintiff's motion to file redacted and sealed materials in its sur-reply to Defendant's replies regarding NVIDIA's motion to transfer venue.

---

[8] ECF No. 224.
[9] ECF No. 225.
[10] ECF No. 230.
[11] ECF No. 229.

### B. Denied Motions.

#### 1. Defendants' opposed motion for leave to file opposition to Plaintiff's motion for leave to file a motion for conditional intradistrict transfer.[12]

Having granted Plaintiff's motion for leave to file a motion for conditional intradistrict transfer, Defendants' motion for leave to file its opposition is moot. Accordingly, the Court denies the motion for leave to file opposition to Plaintiff's motion for leave to file a motion for conditional intradistrict transfer. Defendants shall have 14 days to file a response to Plaintiff's motion for conditional intradistrict transfer.

## II. MOTIONS ON SCHEDULING.

### A. Denied Motions.

#### 1. Plaintiff's opposed motion for entry of scheduling order.[13]

The parties failed to reach an agreement on scheduling matters in this case, and Plaintiff moves for the Court to issue Plaintiff's proposed scheduling order. This case is stayed pending resolution of the venue issues, and Plaintiff's proposed deadlines are long outdated. Therefore, the Court denies Plaintiff's motion for entry of a scheduling order.

#### 2. Plaintiff's opposed motion for scheduling conference.[14]

Plaintiff additionally moves for a conference to resolve the parties' scheduling disputes. As the case remains stayed, the Court denies the motion, but Plaintiff may renew its motion following resolution of the venue motion if the parties remain unable to agree on a schedule.

---

[12] ECF No. 220.
[13] ECF No. 133.
[14] ECF No. 171.

### III. MOTIONS ON COUNSEL.

#### A. *Granted Motions.*

##### 1. **Microsoft's unopposed motion for withdrawal of counsel.**[15]

Microsoft represents that its counsel, Nasir Hussain, has departed the firm that will otherwise continue representing Microsoft.[16] The Court grants the motion to withdraw as counsel, and Mr. Hussain shall have no further obligations or duties in this case.

##### 2. **Motions to appear *pro hac vice*.**[17]

Alexandra Stanley and Brandon Wallace move to appear *pro hac vice* on RPX's behalf. The Court grants both motions. The attorneys must register for electronic filing within ten days of this order through the PACER service center.

### IV. CONCLUSION.

The Court **GRANTS** the following motions: ECF Nos. 214, 217, 218, 219, 223, 224, 225, 229, 230, 231, and 232. The Court **DENIES** the following motions: ECF Nos. 133, 171, and 220. The Clerk shall terminate Mr. Hussain's notifications from this case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 31, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[15] ECF No. 219.
[16] *Id.* at 1.
[17] ECF Nos. 231 & 232.