**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **XOCKETS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No.: 6:24-cv-453-LS** |
| | § | |
| **NVIDIA CORPORATION,** | § | **JURY TRIAL DEMANDED** |
| **MICROSOFT CORPORATION, and** | § | |
| **RPX CORPORATION,** | § | |
| | § | |
| **Defendants.** | | |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

PLEASE TAKE NOTICE that, effective immediately, the firm affiliation and contact information for Matthew R., McCullough, Esq., admitted *pro hac vice* as counsel for Defendant Microsoft Corporation, is as follows:

> Matthew R. McCullough
> matthew.mccullough@faegredrinker.com
> FAEGRE DRINKER BIDDLE & REATH LLP
> Four Embarcadero Center, 27th Floor
> San Francisco, CA 94111
> (415) 591-7500 (Telephone)
> (415) 591-7510 (Fax)

All pleadings, notices, correspondence, and other matters should be directed to Mr. McCullough at the address indicated above.

Dated: May 15, 2026

Respectfully Submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Matthew R. McCullough

Matthew R. McCullough (*Pro Hac Vice*)
matthew.mccullough@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
(415) 591-7500 (Telephone)
(415) 591-7510 (Fax)

*Counsel for Defendant*
*Microsoft Corporation*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record via ECF notification in accordance with the Federal Rules of Civil Procedure on May 15, 2026.

/s/  *Matthew R. McCullough*
Matthew R. McCullough