## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **XOCKETS, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  **6:24-CV-00453-LS** |
| | § | |
| **NVIDIA CORPORATION,** | § | |
| **MICROSOFT CORPORATION, RPX** | § | |
| **CORPORATION,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER SETTING LIVE MOTIONS HEARING AND STATUS CONFERENCE

The Court finds that a motions hearing and status conference are required in this case. Counsel should be prepared to address all pending motions and bring proposed orders should the Court decide to rule from the bench. The hearing will be **LIVE AND IN-PERSON** at the United States District Court, 800 Franklin Avenue, Waco, Texas on **July 31, 2026 at 10:30 a.m.**

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 30, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**