**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **XOCKETS, INC.,** | |
| Plaintiff, | Civil Action No. 6:24-cv-00453-LS |
| v. | |
| **NVIDIA CORPORATION, MICROSOFT CORPORATION,** and **RPX CORPORATION** | JURY TRIAL DEMANDED |
| Defendants. | |

**ORDER GRANTING DEFENDANT NVIDIA CORPORATION AND MICROSOFT CORPORATIONS' UNOPPOSED MOTION TO LIFT STAY AND MOTION FOR STAY PENDING FINAL RESOLUTION OF PARALLEL ITC INVESTIGATION**

Before the Court is Defendants NVIDIA Corporation and Microsoft Corporation's (collectively, "Defendants") Unopposed Motion to Lift Stay and Motion for Stay Pending Final Resolution of Parallel ITC Investigation ("Motion"). The Court finds that good cause exists to grant Defendants' Motion. This case is hereby STAYED in its entirety, pending final resolution of the parallel ITC investigation, including any appeal.

It is therefore ORDERED that Defendants' Motion is GRANTED.

**SO ORDERED**.

**SIGNED** and **ENTERED** on _____.

_____
HON. LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE