**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **XOCKETS, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  **6:24-CV-00453-LS** |
| | § | |
| **NVIDIA CORPORATION,** | § | |
| **MICROSOFT CORPORATION, RPX** | § | |
| **CORPORATION,** | § | |
| | § | |
| *Defendants.* | § | |

### ORDER GRANTING MOTION TO STAY AND VACATING HEARING

Defendants move, unopposed, to stay this case during parallel litigation before the International Trade Commission ("ITC"). The Court **GRANTS** the motion [ECF No. 242], **STAYS** this case pending resolution of the claims before the ITC, and **VACATES** the hearing set for July 31, 2026.[1] The parties shall file a joint status report on the ITC litigation every ninety days from entry of this order.

  **SO ORDERED**.

  **SIGNED** and **ENTERED** on July 14, 2026.

  **LEON SCHYDLOWER**
  **UNITED STATES DISTRICT JUDGE**

---

[1] *See* 28 U.S.C. § 1659(a) ("In a civil action involving parties that are also parties to a proceeding before the [ITC] . . . , at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission . . . .").